UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

Stuart P. Jenkins,

Case No.: 3:16-bk-02443-JAF
Chapter 13

Debtor.

_____/

## FINAL MEDIATOR'S REPORT

An Order Directing Mortgage Modification Mediation was entered in this case on August 24, 2016, for the **loan number ending in 2900** A mediation conference was conducted on January 23, 2016, and an agreement was reached.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy hereof has been furnished by electronic mail, or first class U. S. Mail, postage prepaid, to David J. Pinkston, Equire, Attorney for Debtor at pinkstonandpinkston@gmail.com; Teresa M. Hair, Attorney for Federal National Mortgage Association, at FloridaBK Legal@brockandscott.com; Douglas W. Neway, Chapter 13 Trustee at court@ch13jaxfl.com; U. S. Trustee at USTP.Region21.OR.ECF@usdoj.gov, and to Stuart P. Jenkins, 13594 Capistano Drive South, Jacksonville, Florida 32224, this 23rd day of January, 2017.

McCorvey Law & Mediation, PLLC

/s/ John H. McCorvey, Jr.
Mediator Certification No. 20512R
Email: john@mccorveylegal.com
301 W. Bay Street, Suite 1458
Jacksonville, Florida 32202
Tel. (904) 329-7237; Fax (904) 516-9235