UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

                                                                 Case No.: 3:16-bk-02443-JAF

Stuart P. Jenkins,                                     Chapter 13

     Debtor.

_____/

## FINAL MEDIATOR'S REPORT

An Order Directing Mortgage Modification Mediation was entered in this case on August 24, 2016, for the **loan number ending in 2004** A mediation conference was conducted on March 9, 2017, and an agreement was reached.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy hereof has been furnished by electronic mail, or first class U. S. Mail, postage prepaid, to David J. Pinkston, Equire, Attorney for Debtor at pinkstonandpinkston@gmail.com; James E. Sorenson, Esquire, Attorney for First Florida Credit Union; Douglas W. Neway, Chapter 13 Trustee at court@ch13jaxfl.com; U. S. Trustee at USTP.Region21.OR.ECF@usdoj.gov, and to Stuart P. Jenkins, 13594 Capistano Drive South, Jacksonville, Florida 32224, this 9th day of March, 2017.

                                                           McCorvey Law & Mediation, PLLC

                                                           /s/ John H. McCorvey, Jr.
                                                           Mediator Certification No. 20512R
                                                           Email: john@mccorveylegal.com
                                                           301 W. Bay Street, Suite 1458
                                                           Jacksonville, Florida 32202
                                                           Tel. (904) 329-7237; Fax (904) 516-9235